UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED

2017 DEC 26  PM 1:18

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

PASCHALIS NATSIDIS, VASSILIKI
NATSIDOU, CHRISTOS NATSIDIS,
LABRINI NATSIDU,

           Plaintiffs,

KONSTANTINOS KONSTANTINOU,
SHANNON KONSTANTINOU, and
GEORGIOS KONSTANTINOU

           Defendants

Case No: 2:17-cv-368-FtM-38MRM

_____/

## MOTION TO CEASE AFORESAID CASE

### 1. INTRODUCTION

I would like to respectfully make the court aware of certain issues regarding the aforesaid case ("Case"), which issues I consider most critical if the spirit of the law is to be preserved; I have no legal training, other than the peripheral knowledge one acquires by having dealt with legal issues in business and matrimonial matters.

That said, I would like to respectfully state for the record that I am a Greek born naturalized U.S. citizen, former Asst. Prof. of Economics at the Business School of Seton Hall University, S. Orange, NJ, from where I resigned several years ago in order to pursue business interests. I would also like to state for the record that a few years ago, I founded a non-profit entity, Accountability International, Inc., whose mission is to, among other things, promote fair business practices and tax compliance globally, and especially in Europe, where I have resided for over fifteen years. I would further like to state for the record that in 2010-11, the Greek state defaulted on over Three Hundred (300) Billion Dollars in sovereign debt because the wealthiest Greek families have evaded their tax obligations and elected officials have stolen public funds, and as a result, German, U.S. and other taxpayers had to bail-out Greece at an immense cost to them; they have provided Greece with about Four Hundred (400) Billion Dollars in bail out loans at great risk. (*U.S. taxpayers are the largest contributors to the International Monetary fund, which has contributed about $40 billion in loans to Greece.*) Last, I would like to state for the record that I cannot go to Greece because I have blown the whistle on elected officials and business elite who collectively owe close to $1 billion in back taxes and the tax collectors have turned a blind eye; they have been bribed. Blowing the whistle on corruption is severely punishable in Greece; predators are protected by the law.

### 2. CRITICAL ISSUES

Regarding the critical issues, they involve (i) violations of tax compliance by Christos Natsidis ("Natsidis"), who, my research indicates is using his parents, Paschalis Natsidis and Vassiliki Natsidou, as fronts for money he is hiding from the German and Greek tax authorities and (ii) that Natsidis mislead me and fraudulently used me in order to achieve his objectives and then used his attorney, Gunnar Kross ("Atty. Kross") to intimidate and silence me, and I will provide the court with some facts so that the Court, among other things, may consider whether the Case can continue in its present form. Natsidis has also either maliciously destroyed or is holding hostage personal belongings I had left with him for safe keeping (*please see section "4" below for details*) and is not paying me for my work.

## 3. BACKGROUND

Starting in October 2016, Natsidis, whom I had known from visiting his restaurant when in Hamburg, Germany – I resided in Hamburg during the pertinent time period – asked me whether I could help him open a bank account in Zurich, Switzerland, because he was expecting a large amount of money from someone in the U.S. (*From what he had told me, this money had to do with money his father had sent from Greek banks to German banks and then to someone's bank account in the U.S.*) I had told him that as long as the transaction was legal, I could introduce him to people in Zurich who could handle his banking needs; because of my work, I have financial contact in the U.S., the E.U., the Middle East and the Far East. Then last January, when I went back to Hamburg, after having spent two months with members of my family in the U.S., in response to a message I had received from Natsidis, I visited him and he told me that he and his family (collectively "he, him, his") had given to a money manager in the U.S., Konstantinos Konstantinou ("KK"), EUR 1,050,000 (One Million Fifty Thousand Euros) and were expecting that money, plus 10% fixed annual return over a five year investment period, for a total of about EUR 1,500,000, or about $2 million. He had also told me that he had problems getting the money back. I had told Natsidis that there is no such thing as 10% fixed return and he had responded that he had a letter to that effect.

Subsequently, Natsidis, who does not speak English, had never been to the U.S. an had no wish to go to the U.S., asked me for assistance in finding an attorney in New York to help him get his money back. And to make a long story short, between mid January and mid September of 2017, I invested over 1,500 hours trying to help Natsidis – his case became my case because he was incapable of doing anything other than calling or sending me messages several times a day regarding the flow of emails he was receiving from the attorneys he retained; I was copied on all emails in my capacity as translator and intermediary. This involved multiple trips to New York and the places that KK has listed as residences on Natsidis' behalf. Initially, it involved research in finding, contacting attorneys in NYC and arranging meetings with them so that he could find someone he liked and could afford.

Over the course of ten days last February, after meetings with several attorneys in NYC, and after multiple meetings with those he liked, Natsidis settled on the Seiden Group, whose Managing Partner is Robert Seiden. Since mid January, and through September, when not traveling, I met Natsidis daily, and even on Saturdays, in order to translate documents and emails and to help him draft responses to the Seiden Group – he would write them in Greek and I would translate them; all legal documents were translated by a professional service. Before signing the retainer agreement with Seiden, I asked Natsidis to

email the document to a translation service in Greece which was charging about 1/3 of what translators charged in the US, but he did not want to spend the money, and I then brought him to another party, who spoke fluent Greek, and who translated the retainer agreement to him, before signing it. And when I was away, I communicated constantly with Natsidis via email, phone and whatsapp messages because I believed that hard working people had been taken advantage by KK. At the request of Atty. Seiden, I also signed a document as translator that he had prepared.

I should point out that before deciding to work with Natsidis, I had asked him explicitly about the nature of the EUR 1,050,000 and he had told me that his sister and her husband or partner had contributed EUR 300,000 and his father had contributed EUR 850,000 and because I had found the last amount enormous given that his parents had menial jobs in Germany, I had asked him whether his father had inherited property from his parents in Greece that he had sold, and he had assured me that it was money his parents had earned washing toilets and floors in Germany (**I quote him**), and I went along with that, but the doubt lingered in my mind. In May, I asked him again about the source of the 850,000 Euros and he had even cried while telling me that the money was his parents. Sometime in September, I happened to talk to someone who knows Germany better than I do and asked him about the salaries for menial workers and the tax structure and he had told me that even if Natsidis' parents had double jobs, they may had at best saved 300,000 Marks, or about 150,000 Euros. I was also told that if someone saved 850,000 Euros, or 1,700,000 Marks, his gross income would have been over 3,500,000 Marks – the tax rate was over 50% – and this is an astronomical amount of money. (*In 2000, Germany and several other European Union member states accepted the Euro as their common currency; one Euro was Two Marks.*) Pursuant to better understanding the nature on the 850,000 Euros, I informed Natsidis about it and he ceased communicating with me and when I asked to meet him to, among other things, discuss my compensation and return of personal belongings ("Belongings"), including two laptops and a box with over 250 pages of confidential documents, I had left at his house for safe keeping, he ignored my requests, and he instead sent me a letter from Atty. Kross (Exhibit A).

Regarding the letter from Atty. Kross, it was translated by Holger Scherf, Legal Counsel of the German Embassy in Washington (Exhibit B) and was emailed to me on November 1. As I found out then, Atty. Kross was demanding that unless I took the Belonging by October 20, they would be thrown out. On October 13, I had sent an email to Atty. Kross, using the e-address of his partner, Marc Lehmann, from Riga, Latvia, where I was, with copies to Natsidis and others, informing him that I was in receipt of an email from Natsidis – it only had an attachment – which I did not understand (Exhibit C). Given that the issue was most critical, Natsidis, who knows that I do not speak German, could have provided a warning in Greek, but did not. He was also aware of the importance of the documents and the laptops and he knew of my work with Accountability International.

Natsidis has also refused to pay me for my work and Atty. Seiden suggested that I accept $10,000 (Ten Thousand Dollars) for the over 1,500 hours I invested in the Case as translator and intermediary, and I told him that the court may set an hourly rate and total amount.

4. **PERSONAL PROPERTY HELD HOSTAGE OR MALICIOUSLY DESTROYED**

Since November 1, I have contacted Natsidis and Atty. Kross several times regarding the status of the Belongings, and especially the laptops and documents, to no avail. On November 24, I sent a letter via email and post to Atty. Kross requesting information on how the Belongings were disposed if they were disposed (Exhibit D). One of the laptops contains files with information that relate cases that are currently being investigated by the U.S. Department of Justice and the Securities and Exchange Commission, and if the law grants me such right, I hereby respectfully request that the Court intervenes so that I can get the Belongings, and especially the laptops and documents, back.

## 5. PURPOSE OF MOTION

As I have already respectfully indicated, my research shows that taxes have not been paid on the 850,000 Euros. The 850,000 Euros belong to Natsidis and he kept this money in his parents' bank accounts in order to evade payment of taxes. (*This money had been transferred from Germany to Greece most likely in suitcases and deposited in Greek banks I believe by bribing bank managers, thus violating German and Greek tax laws. Once deposited in a bank, the money was laundered and could be wired anywhere, including the US.*) There are no four claimants to the Case, there are only two: Natsidis and Lambrini Natsidu; the parents are only fronts.

Given that Natsidis has misled the court, if our laws grant me such right, I hereby respectfully request that the court considers (i) ceasing the Case, so that Natsidis and his sister will file another case as the true claimants and (ii) Natsidis pays the Court for all court expenses related to the Case. I should respectfully inform the court that if Natsidis had filed a similar claim in German court, that court would have required that he paid up front about $150,000 for a claim of $1,500,000 – claimants pay for court expenses in Germany and if they win, the defendants compensate them – and since the claim has become a "triple damages" claim, as is allowed by the laws of Florida, to the great benefit of Natsidis, the German court would have required an up-front payment of about $450,000. It is only fair that the Court considers asking Natsidis to pay the Court for the time of all court personnel involved in the Case, amortization of the building and all other operational and administrative expenses, an amount of $450,000 for otherwise U.S. taxpayers are paying for someone who is not only evading his obligation to his tax authorities, but is also taking advantage of U.S. taxpayers. The Court may ask Mr. Scherf of the German Embassy in Washington for the exact amount a court would require as up-front payment for a similar case in Germany.

Respectfully,
George Napoleon Naskaris, Ph.D.
U.S. Address: c/o Greystone Ventures Group, Inc., 244 Fifth Ave, 2nd Fl, New York, NY 10001

Residence: Usedom, Germany

Wednesday, December 6, 2017


NOTE: *there are four Exhibits – A, B, C and D – sent in same envelop with the Motion*

Exhibit A

# Gunnar Kroß
### Rechtsanwalt

vertretungsberechtigt an allen Amts-, Land- und Oberlandesgerichten

G. Kroß • Karl-Liebknecht-Platz 7 • 23936 Grevesmühlen

gnaskaris@gmail.com

Herrn
Dr. George Naskaris

Karl-Liebknecht-Platz 7

23936 Grevesmühlen
Tel (03881)2605
Fax (03881)712725

Bankverbindungen:

Volks- und Raiffeisenbank eG
Konto-Nr. 258 1116
BLZ 140 613 08
IBAN DE23 1406 1308 0092 5811 16
BIC GENODEF1GUE

Deutsche Bank 24 Grevesmühlen
Konto-Nr. 243 009 701
BLZ 130 700 24
IBAN DE03 1307 0024 0243 090701
BIC DEUTDEDBROS
Steuer Nr. 080/41.01/259

Sprechzeiten nach Vereinbarung

| Ihr Schreiben vom | Ihr Zeichen | Mein Zeichen | Datum |
|---|---|---|---|
| | | Sehr | 09.10.2017 |

Sehr geehrter Herr Dr. Naskaris,

Herr Christos Natsidis hat mich beauftragt und bevollmächtigt, seine Interessen wahrzunehmen und zu vertreten. Namens und in Vollmacht meins Mandanten habe ich Sie a aufzufordern, sofort jeden Kontakt zu meinen Mandanten einzustellen.

Ferner kann ich nur dringend davor warnen, dass Sie meinen Mandanten weiter versuchen zu erpressen. Mein Mandant wird Ihnen keine Geldbeträge oder sonstigen Vergünstigungen zukommen lassen.

Weiterhin habe ich Sie aufzufordern, Ihre persönlichen Sachen, die Sie in verschiedenen Kartons bei meiner Mandantschaft abgestellt haben, bis zum

### 20.10.2017, 14.58 Uhr,

abzuholen. Um 15.02 Uhr wird meine Mandantschaft die Sache auf Ihre Kosten entsorgen soweit sie bis dahin nicht abgeholt wurden.

Ich bin bereits gehalten, Strafanzeige gegen Sie zu erstatten, sofern Sie Ihre diesbezüglichen Aktivitäten weiter verfolgen.

Mit freundlichen Grüßen

Rechtsanwalt