UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PASCHALIS NATSIDIS, VASSILIKI
NATSIDOU, CHRISTOS NATSIDIS and
LABRINI NATSIDU,

     Plaintiffs,

v.                                Case No: 2:17-cv-368-FtM-38MRM

KONSTANTINOS KONSTANTINOU
and SHANNON KONSTANTINOU,

     Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on Plaintiffs' Withdrawal of Motion for Reconsideration, Notice of Voluntary Dismissal Without Prejudice, Withdrawal of Notice of Lis Pendens and Request to Close Case. (Doc. 41).

Two months ago, the Court dismissed this case for lack of subject matter jurisdiction and closed the case. (Doc. 37). Plaintiffs then moved for reconsideration. (Doc. 38). They now withdraw their request for reconsideration, voluntarily dismiss the case under Federal Rule of Civil Procedure 41, and withdraw two recorded lis pendens. (Doc. 41). The Court thus denies as moot Plaintiffs' motion for reconsideration. Because the Court has already closed the case, it need not direct the Clerk of Court to do so.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Regarding the Rule 41 dismissal and withdrawal of lis pendens, the Court remains without jurisdiction to address either request.

Accordingly, it is now

**ORDERED:**

(1) Plaintiffs' Motion for Reconsideration ([Doc. 38](Doc. 38)) is **DENIED as moot**.

(2) The case remains closed.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of February 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record